IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CLARENCE YOUNG,

     Petitioner,                   No. CIV-S-06-1103 FCD KJM P

    vs.

ROBERT A. HOREL, et al.,

     Respondents.         <u>ORDER</u>

                             /

        Petitioner has requested an extension of time to file a traverse. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Petitioner's March 15, 2007 motion for an extension of time is granted; and

        2. Petitioner's March 21, 2007 traverse is deemed timely.

DATED: April 17, 2007.

                                                    U.S. MAGISTRATE JUDGE

1/bb
youn1103.111