IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
CLARENCE YOUNG,            )
                           )    Case No. CIV S-06-1103 VAP
          Petitioner,      )    (HC)
                           )
     v.                    )    JUDGMENT
                           )
D.K. SISTO,                )
                           )
          Respondent.      )
_____)
```

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that the Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254 is DISMISSED WITH PREJUDICE. The Court orders that such judgment be entered.

Dated: January 24, 2012

                                   VIRGINIA A. PHILLIPS
                                 United States District Judge