IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARENCE YOUNG,<br><br>　　　　Petitioner,<br><br>　v.<br><br>D.K. SISTO,<br><br>　　　　Respondent. | Case No. CIV S-06-1103 VAP (HC)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

　　Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that the Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254 is DISMISSED WITH PREJUDICE.  The Court orders that such judgment be entered.

Dated:　January 24, 2012　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　VIRGINIA A. PHILLIPS
　　　　　　　　　　　　　　　　United States District Judge